IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMRA J. GIGSTAD,                                          CV. 08-104

             Plaintiff,                                JUDGMENT

    v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

             Defendant.

MARSH, Judge

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with

prejudice.

    IT IS SO ORDERED.

    DATED this _15_ day of OCTOBER, 2009.


                _/s/  Malcolm F. Marsh_____
                Malcolm F. Marsh
                United States District Judge


1 - JUDGMENT